# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. William Paschal                                            Docket No. 7:08-CR-87-1F

### Petition for Action on Supervised Release

COMES NOW Eddie J. Smith, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of William Paschal, who, upon an earlier plea of guilty to 21 U.S.C. § 846, Conspiracy to Manufacture, Distribute, Dispense, and Possess With the Intent to Distribute 5 Grams or More of Methamphetamine and 18 U.S.C. § 924(c), Possession of Firearm in Furtherance of a Drug-Trafficking Offense, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on March 31, 2009, to the custody of the Bureau of Prisons for a term of 23 months in Count 1 and 60 months in Count 6 to be served consecutively, producing a total term of 83 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

3. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

4. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

5. The defendant shall participate in such vocational training program as may be directed by the probation office.

6. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

William Paschal was released from custody on February 28, 2014, at which time the term of supervised release commenced. On March 6, 2014, a violation report was submitted to the court reporting that the defendant tested positive for amphetamines on March 5, 2014. The defendant initially reported that he had used Adderall without a prescription. He later informed the probation officer that he had used methamphetamine. The defendant was referred to substance counseling and enrolled in the Surprise Urinalysis Program. The court agreed to continue supervision.

William Paschal
Docket No. 7:08-CR-87-1F
Petition For Action
Page 2

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On April 7, 2014, the defendant signed an admission acknowledging his use of methamphetamine on April 5, 2014. The defendant was referred to substance abuse counseling on March 5, 2014. When he admitted to this new use on April 7, 2014, he still had not scheduled his initial appointment. He is now scheduled to attend his intake appointment on April 14, 2014. As a result of this new drug use, drug testing has been increased. The defendant has been warned that continued drug use will result in a request for a revocation hearing. In an effect to restrict the defendant's activities, we are recommending that the conditions of supervision be modified to include 120 days of home detention with electronic monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 120 consecutive days. The defendant shall be restricted to residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Eddie J. Smith |
| Robert K. Britt | Eddie J. Smith |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: April 11, 2014 |

### ORDER OF COURT

Considered and ordered this 11th day of April, 2014, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge